Form 137 – aplccmpn

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

           Case No.: 18−21896−ABA
           Chapter: 13
           Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robert R. Watson                                    Desiree C. Watson
   1 Pierson Pl                                                  1 Pierson Pl
   Sicklerville, NJ 08081−2006                  Sicklerville, NJ 08081−2006

Social Security No.:
   xxx−xx−7942                                                  xxx−xx−1900

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON APPLICATION FOR COMPENSATION**

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date:       6/13/19
Time:      02:00 PM
Location:    Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
Tamika Nicole Wyche, Debtor's Attorney

COMMISSION OR FEES
Fees: $1,300.00

EXPENSES
Expenses: $0.00

Creditors may be heard before the applications are determined.

     An appearance is not required on an application for compensation unless an objection is filed. Any objection must be filed with the court and served on interested parties not later than 7 days before the scheduled hearing.

Dated: May 3, 2019
JAN:

                                                                          Jeanne Naughton
                                                                         Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-21896-ABA
Robert R. Watson                                                      Chapter 13
Desiree C. Watson
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin                 Page 1 of 3              Date Rcvd: May 03, 2019
                              Form ID: 137                Total Noticed: 62

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 05, 2019.
```
db/jdb         Robert R. Watson,   Desiree C. Watson,    1 Pierson Pl,   Sicklerville, NJ 08081-2006
517741093     +Advocare Magness Stafford,   PO Box 3001,   Voorhees, NJ 08043-0598
517587003      Advocare Township Pediatrics,   123 Egg Harbor Rd # 206,   Sewell, NJ 08080-9406
517587004      Apex Asset Management,   PO Box 5407,   Lancaster, PA 17606-5407
517587009     +CCMUA,   1645 Ferry Ave,   Camden, NJ 08104-1360
517741095      Cornerstone Foot and Ankle,   100 Kings Way E. Ste D6,   Sewell, NJ 08080-2238
517741096      Credit Collection Service,   725 Canton Street,   Norwood, MA 02062-2679
517587012    ++DIRECTV LLC,    ATTN BANKRUPTCIES,   PO BOX 6550,   GREENWOOD VILLAGE CO 80155-6550
              (address filed with court: Direct TV,   PO Box 78626,   Phoenix, AZ 85062-8626)
517767059     +Dawn Shirre Hines,   Court Officer,   PO Box 20,   Lawnside NJ 08045-0020
517691612      EMERG PHY ASSOC OF S.JERSEY,PC,   PO Box 1123,   Minneapolis, MN 55440-1123
517587014      Financial Recoveries,   200 E Park Dr Ste 100,   Mount Laurel, NJ 08054-1297
517587015     +First Premier Bank,   601 S Minnesota Ave,   Sioux Falls, SD 57104-4868
517587016      First Premier Bank,   3820 N Louise Ave,   Sioux Falls, SD 57107-0145
517587018     +Global Payments Check,   PO Box 59371,   Chicago, IL 60659-0363
517587019      GoDaddy.com, LLC,   14455 N Hayden Rd Ste 226,   Scottsdale, AZ 85260-6993
517587020      IC Systems, Inc.,   PO Box 64378,   Saint Paul, MN 55164-0378
517587022      Kennedy Health Systems,   PO Box 48023,   Newark, NJ 07101-4823
517741098      Kennedy Medical Group Practice,   PO Box 95000,   Philadelphia, PA 19195-0001
517767062  ++++LEONARD FRANCO, JR., ESQUIRE,   MIDLAND FUNDING, LLC,   1 RIVERFRONT PLZ STE 710,
              NEWARK NJ 07102-5415
              (address filed with court: Leonard Franco, Jr., Esquire,   Midland Funding, LLC,
              1037 Raymond Blvd.,   Suite 710,   Newark NJ 07102-5427)
517658613     +Laridian Consulting, Inc.,   c/o Fein Such Kahn & Shepard PC,   7 Century Dr., Suite 201,
              Parsippany, NJ 07054-4609
517767319     +Midland Credit Management, Inc. as agent for,   Asset Acceptance LLC,   Po Box 2036,
              Warren MI 48090-2036
517587023      Milstead & Associates, LLC,   1 E Stow Rd,   Marlton, NJ 08053-3118
517741099      NJ E-Z Customer Svc Center,   PO Box 4973,   Trenton, NJ 08650-4973
517741100      Philadelphia Gastro Group,   525 Jamestown St. Ste. 101,   Philadelphia, PA 19128-1751
517741101     +Physcian Billing - PB CHOP,   PO Box 788017,   Philadelphia, PA 19178-8017
517741102      Relievus,   PO Box 7778,   Lancaster, PA 17604-7778
517587025      South Jersey Gas,   PO Box 6091,   Bellmawr, NJ 08099-6091
517587027      State of New Jersey Division of Taxation,   PO Box 245,   Trenton, NJ 08695-0245
517767068     +Superior Court of NJ,   Camden Special Civil,   101 s. 5TH Street,   Camden NJ 08103-4001
517741115      Tom K - the Tax Consultant,   24 White Deer Plz.,   Sparta, NJ 07871-1819
517587029      Toyota Motor Credit,   PO Box 9786,   Cedar Rapids, IA 52409-0004
517676758     +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
517767069      Tribute Mastercard,   PO Box 105555,   Atlanta GA 30348-5555
517587032    ++VERITAS INSTRUMENT RENTAL INC,   PO BOX 950,   PINELLAS PARK FL 33780-0950
              (address filed with court: Veritas Instrument Rental,   10720 Park Blvd Ste F,
              Seminole, FL 33772-5461)
517741116     +Veritas Instrumental Rental,   12475 44th St. N,   Clearwater FL 33762-5139
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov May 04 2019 00:29:22     U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 04 2019 00:29:13     United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
517741094     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM May 04 2019 00:29:11     Asset Acceptance, LLC,
              PO Box 2036,   Warren, MI 48090-2036
517587005      E-mail/Text: bankruptcy@pepcoholdings.com May 04 2019 00:28:47     Atlantic City Electric,
              PO Box 13610,   Philadelphia, PA 19101-3610
517605453      E-mail/Text: bankruptcy@pepcoholdings.com May 04 2019 00:28:47
              Atlantic City Electric Company,   Pepco Holdings, Inc.,
              Bankruptcy Division, Mail Stop 84CP42,   5 Collins Drive, Suite 2133,
              Carneys Point, NJ 08069-3600
517587006      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 04 2019 00:35:35     Capital One,
              15000 Capital One Dr,   Richmond, VA 23238-1119
517587008      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 04 2019 00:35:05     Capital One Bank USA,
              15000 Capital One Dr,   Richmond, VA 23238-1119
517587007      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 04 2019 00:35:35     Capital One Bank,
              PO Box 30281,   Salt Lake City, UT 84130-0281
517623346      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 04 2019 00:35:35
              Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC 28272-1083
517587010     +E-mail/Text: documentfiling@lciinc.com May 04 2019 00:28:08     Comcast Cable Communications,
              1 Comcast Ctr,   Philadelphia, PA 19103-2833
517587011      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 04 2019 00:29:02     Comenity Bank/Lane Bryant,
              PO Box 182789,   Columbus, OH 43218-2789
517652526     +E-mail/Text: cio.bncmail@irs.gov May 04 2019 00:28:41     Department of Treasury,
              Internal Revenue Service,   P O Box 7346,   Philadelphia, PA 19101-7346
```

```
District/off: 0312-1          User: admin              Page 2 of 3            Date Rcvd: May 03, 2019
                              Form ID: 137             Total Noticed: 62
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
517699348      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 04 2019 00:35:10      Directv, LLC,
                by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517587013       E-mail/Text: bknotice@ercbpo.com May 04 2019 00:29:31       Enhanced Recovery Corporation,
                8014 Bayberry Rd,    Jacksonville, FL  32256-7412
517705300       E-mail/Text: check.bksupport@globalpay.com May 04 2019 00:28:18
                GLOBAL PAYMENTS CHECK SERVICES,    PO BOX 661158,    CHICAGO, IL 60666-1158
517587017       E-mail/Text: check.bksupport@globalpay.com May 04 2019 00:28:18
                Global Payment Check Service,    6215 W Howard St,    Niles, IL  60714-3403
517741097       E-mail/Text: JCAP_BNC_Notices@jcap.com May 04 2019 00:29:44       Jefferson Capital Systems,
                16 McLeland Road,    Saint Cloud, MN  56303
517704965       E-mail/PDF: resurgentbknotifications@resurgent.com May 04 2019 00:35:08
                LVNV Funding, LLC its successors and assigns as,    assignee of OSI Portfolio Services, Inc.,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517695462      +E-mail/Text: JCAP_BNC_Notices@jcap.com May 04 2019 00:29:44       Premier Bankcard, Llc,
                Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
517632577       E-mail/Text: bnc-quantum@quantum3group.com May 04 2019 00:29:08
                Quantum3 Group LLC as agent for,    CF Medical LLC,    PO Box 788,    Kirkland, WA  98083-0788
517698800       E-mail/Text: bnc-quantum@quantum3group.com May 04 2019 00:29:08
                Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
517587024       E-mail/Text: jennifer.chacon@spservicing.com May 04 2019 00:30:51
                Select Portfolio Servicing, Inc.,    PO Box 65250,    Salt Lake City, UT  84165-0250
517741103       E-mail/Text: rharris@southjerseyfcu.com May 04 2019 00:29:19       South Jersey FCU,
                PO Box 5530,    Deptford, NJ  08096-0530
517587026       E-mail/Text: bankruptcy@sw-credit.com May 04 2019 00:29:22       Southwest Credit Systems,
                4120 International Pkwy Ste 1100,    Carrollton, TX  75007-1958
517741105       E-mail/Text: bankruptcy@td.com May 04 2019 00:29:28       TD Bank,    1701 Marlton Pike E,
                Cherry Hill, NJ  08003-2390
517587028      +E-mail/Text: chegyi@winslowtownship.com May 04 2019 00:29:20       Township of Winslow,
                125 S Route 73,    Hammonton, NJ 08037-9422
517714116       E-mail/Text: jennifer.chacon@spservicing.com May 04 2019 00:30:51
                U.S. Bank, N.A., successor trustee,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
                Salt Lake City, UT 84165-0250
                                                                                               TOTAL: 27

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517728608         Please See Attach List
517587021*        IRS,   PO Box 931000,    Louisville, KY  40293-1000
517741104*        Southwest Credit Systems,    4120 International Pkwy, Ste 1100,    Carrollton, TX  75007-1958
517681196*       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
517587031*      ++VERITAS INSTRUMENT RENTAL INC,    PO BOX 950,    PINELLAS PARK FL 33780-0950
                 (address filed with court:   Veritas Instrument Rental,    12475 44th St N,
                   Clearwater, FL  33762-5116)
517587030       ##+Trident Asset Management,    53 Perimeter Ctr E Ste 4,    Atlanta, GA 30346-2230
                                                                                              TOTALS: 1, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2019                                    Signature:  /s/Joseph Speetjens

```
District/off: 0312-1          User: admin              Page 3 of 3              Date Rcvd: May 03, 2019
                              Form ID: 137             Total Noticed: 62
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2019 at the address(es) listed below:

```
          Andrew M. Lubin    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle Bank
           National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust
           2006-HE10, Asset-Backed Certificates Series 2006-HE10 bkecf@milsteadlaw.com,
           alubin@milsteadlaw.com
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
           rsolarz@kmllawgroup.com
          Tamika Nicole Wyche    on behalf of Debtor Robert R. Watson daviddanielslaw@gmail.com,
           G30609@notify.cincompass.com
          Tamika Nicole Wyche    on behalf of Joint Debtor Desiree C. Watson daviddanielslaw@gmail.com,
           G30609@notify.cincompass.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```