Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  18−21896−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Robert R. Watson
1 Pierson Pl
Sicklerville, NJ 08081−2006

Desiree C. Watson
1 Pierson Pl
Sicklerville, NJ 08081−2006

Social Security No.:
    xxx−xx−7942                         xxx−xx−1900

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

      NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case
as to the:
      Debtor and Joint Debtor was entered on January 29, 2020.

      Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding
fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from
the date of this Order.

      This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11
U.S.C. § 109(g).

Dated: January 29, 2020
JAN: bc

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-21896-ABA
Robert R. Watson,                                                     Chapter 13
Desiree C. Watson,
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 3          Date Rcvd: Jan 29, 2020
                             Form ID: 148          Total Noticed: 62


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 31, 2020.
```
db/jdb         Robert R. Watson,   Desiree C. Watson,   1 Pierson Pl,   Sicklerville, NJ  08081-2006
517741093      +Advocare Magness Stafford,   PO Box 3001,   Voorhees, NJ 08043-0598
517587003       Advocare Township Pediatrics,   123 Egg Harbor Rd # 206,   Sewell, NJ  08080-9406
517587004      +Apex Asset Management,   PO Box 5407,   Lancaster, PA  17606-5407
517587009      +CCMUA,   1645 Ferry Ave,   Camden, NJ  08104-1360
517741095       Cornerstone Foot and Ankle,   100 Kings Way E. Ste D6,   Sewell, NJ 08080-2238
517741096       Credit Collection Collection Service,   725 Canton Street,   Norwood, MA  02062-2679
517767059      +Dawn Shirre Hines,   Court Officer,   PO Box 20,   Lawnside NJ 08045-0020
517691612       EMERG PHY ASSOC OF S.JERSEY,PC,   PO Box 1123,   Minneapolis, MN 55440-1123
517587014       Financial Recoveries,   200 E Park Dr Ste 100,   Mount Laurel, NJ  08054-1297
517587019       GoDaddy.com, LLC,   14455 N Hayden Rd Ste 226,   Scottsdale, AZ  85260-6993
517587022       Kennedy Health Systems,   PO Box 48023,   Newark, NJ  07101-4823
517741098       Kennedy Medical Group Practice,   PO Box 95000,   Philadelphia, PA 19195-0001
517767062      +++LEONARD FRANCO, JR., ESQUIRE,   MIDLAND FUNDING, LLC,   1 RIVERFRONT PLZ STE 710,
                 NEWARK NJ  07102-5415
                (address filed with court: Leonard Franco, Jr., Esquire,   Midland Funding, LLC,
                 1037 Raymond Blvd.,   Suite 710,   Newark NJ 07102-5427)
517658613      +Laridian Consulting, Inc.,   c/o Fein Such Kahn & Shepard PC,   7 Century Dr., Suite 201,
                 Parsippany, NJ 07054-4609
517767319      +Midland Credit Management, Inc. as agent for,   Asset Acceptance LLC,   Po Box 2036,
                 Warren MI 48090-2036
517587023       Milstead & Associates, LLC,   1 E Stow Rd,   Marlton, NJ  08053-3118
517741099       NJ E-Z Customer Svc Center,   PO Box 4973,   Trenton, NJ  08650-4973
517741100       Philadelphia Gastro Group,   525 Jamestown St. Ste. 101,   Philadelphia, PA  19128-1751
517741101      +Physcian Billing - PB CHOP,   PO Box 788017,   Philadelphia, PA 19178-8017
517741102       Relievus,   PO Box 7778,   Lancaster, PA  17604-7778
517587025       South Jersey Gas,   PO Box 6091,   Bellmawr, NJ  08099-6091
517587027       State of New Jersey Division of Taxation,   PO Box 245,   Trenton, NJ  08695-0245
517767068      +Superior Court of NJ,   Camden Special Civil,   101 s. 5TH Street,   Camden NJ 08103-4001
517741115       Tom K - the Tax Consultant,   24 White Deer Plz.,   Sparta, NJ  07871-1819
517676758      +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
517767069       Tribute Mastercard,   PO Box 105555,   Atlanta GA 30348-5555
517587032      ++VERITAS INSTRUMENT RENTAL INC,   PO BOX 950,   PINELLAS PARK FL 33780-0950
                (address filed with court: Veritas Instrument Rental,   10720 Park Blvd Ste F,
                 Seminole, FL  33772-5461)
517741116      +Veritas Instrumental Rental,   12475 44th St. N,   Clearwater FL 33762-5139
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 29 2020 23:28:11     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 29 2020 23:28:10     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517741094      +EDI: ACCE.COM Jan 30 2020 04:03:00     Asset Acceptance, LLC,   PO Box 2036,
                 Warren, MI 48090-2036
517587005       E-mail/Text: bankruptcy@pepcoholdings.com Jan 29 2020 23:27:55     Atlantic City Electric,
                 PO Box 13610,   Philadelphia, PA  19101-3610
517605453       E-mail/Text: bankruptcy@pepcoholdings.com Jan 29 2020 23:27:55
                 Atlantic City Electric Company,   Pepco Holdings, Inc.,
                 Bankruptcy Division, Mail Stop 84CP42,   5 Collins Drive, Suite 2133,
                 Carneys Point, NJ 08069-3600
517587006       EDI: CAPITALONE.COM Jan 30 2020 04:03:00     Capital One,   15000 Capital One Dr,
                 Richmond, VA  23238-1119
517587008       EDI: CAPITALONE.COM Jan 30 2020 04:03:00     Capital One Bank USA,   15000 Capital One Dr,
                 Richmond, VA  23238-1119
517587007       EDI: CAPITALONE.COM Jan 30 2020 04:03:00     Capital One  Bank,   PO Box 30281,
                 Salt Lake City, UT  84130-0281
517623346       EDI: CAPITALONE.COM Jan 30 2020 04:03:00     Capital One Bank (USA), N.A.,   PO Box 71083,
                 Charlotte, NC  28272-1083
517587010      +EDI: COMCASTCBLCENT Jan 30 2020 04:03:00     Comcast Cable Communications,   1 Comcast Ctr,
                 Philadelphia, PA 19103-2833
517587011       EDI: WFNNB.COM Jan 30 2020 04:03:00     Comenity Bank/Lane Bryant,   PO Box 182789,
                 Columbus, OH  43218-2789
517587012       EDI: DIRECTV.COM Jan 30 2020 04:03:00     Direct TV,   PO Box 78626,   Phoenix, AZ  85062-8626
517652526      +EDI: IRS.COM Jan 30 2020 04:03:00     Department of Treasury,   Internal Revenue Service,
                 P O Box 7346,   Philadelphia, PA 19101-7346
517699348      +EDI: AIS.COM Jan 30 2020 04:03:00     Directv, LLC,   by American InfoSource as agent,
                 4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
517587013       E-mail/Text: bknotice@ercbpo.com Jan 29 2020 23:28:15     Enhanced Recovery Corporation,
                 8014 Bayberry Rd.,   Jacksonville, FL  32256-7412
517587015      +EDI: AMINFOFP.COM Jan 30 2020 04:03:00     First Premier Bank,   601 S Minnesota Ave,
                 Sioux Falls, SD 57104-4868
```

```
District/off: 0312-1              User: admin              Page 2 of 3              Date Rcvd: Jan 29, 2020
                                 Form ID: 148              Total Noticed: 62
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
517587016        EDI: AMINFOFP.COM Jan 30 2020 04:03:00      First Premier Bank,    3820 N Louise Ave,
                 Sioux Falls, SD 57107-0145
517705300        E-mail/Text: Check.bksupport@globalpay.com Jan 29 2020 23:27:35
                 GLOBAL PAYMENTS CHECK SERVICES,    PO BOX 661158,   CHICAGO, IL 60666-1158
517587017        E-mail/Text: Check.bksupport@globalpay.com Jan 29 2020 23:27:35
                 Global Payment Check Service,    6215 W Howard St,   Niles, IL  60714-3403
517587018        E-mail/Text: Check.bksupport@globalpay.com Jan 29 2020 23:27:35      Global Payments Check,
                 PO Box 59371,   Chicago, IL  60659-0371
517587020        EDI: IIC9.COM Jan 30 2020 04:03:00      IC Systems, Inc.,   PO Box 64378,
                 Saint Paul, MN  55164-0378
517741097        EDI: JEFFERSONCAP.COM Jan 30 2020 04:03:00      Jefferson Capital Systems,   16 McLeland Road,
                 Saint Cloud, MN  56303
517741097        E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 29 2020 23:28:20      Jefferson Capital Systems,
                 16 McLeland Road,   Saint Cloud, MN  56303
517704965        E-mail/PDF: resurgentbknotifications@resurgent.com Jan 29 2020 23:34:43
                 LVNV Funding, LLC its successors and assigns as,   assignee of OSI Portfolio Services, Inc.,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
517695462       +EDI: JEFFERSONCAP.COM Jan 30 2020 04:03:00      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,   Saint Cloud Mn 56302-7999
517695462       +E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 29 2020 23:28:20      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,   Saint Cloud Mn 56302-7999
517632577        EDI: Q3G.COM Jan 30 2020 04:03:00      Quantum3 Group LLC as agent for,   CF Medical LLC,
                 PO Box 788,   Kirkland, WA  98083-0788
517698800        EDI: Q3G.COM Jan 30 2020 04:03:00      Quantum3 Group LLC as agent for,   Comenity Bank,
                 PO Box 788,   Kirkland, WA  98083-0788
517587024        E-mail/Text: jennifer.chacon@spservicing.com Jan 29 2020 23:28:42
                 Select Portfolio Servicing, Inc.,    PO Box 65250,   Salt Lake City, UT  84165-0250
517741103        E-mail/Text: courts@southjerseyfcu.com Jan 29 2020 23:28:10      South Jersey FCU,   PO Box 5530,
                 Deptford, NJ  08096-0530
517587026        EDI: SWCR.COM Jan 30 2020 04:03:00      Southwest Credit Systems,
                 4120 International Pkwy Ste 1100,    Carrollton, TX  75007-1958
517741105        EDI: TDBANKNORTH.COM Jan 30 2020 04:03:00      TD Bank,    1701 Marlton Pike E,
                 Cherry Hill, NJ  08003-2390
517587028       +E-mail/Text: chegyi@winslowtownship.com Jan 29 2020 23:28:11      Township of Winslow,
                 125 S Route 73,   Hammonton, NJ 08037-9422
517587029        EDI: TFSR.COM Jan 30 2020 04:03:00      Toyota Motor Credit,   PO Box 9786,
                 Cedar Rapids, IA  52409-0004
517714116        E-mail/Text: jennifer.chacon@spservicing.com Jan 29 2020 23:28:42
                 U.S. Bank, N.A., successor trustee,   c/o Select Portfolio Servicing, Inc.,   P.O. Box 65250,
                 Salt Lake City, UT 84165-0250
                                                                                        TOTAL: 35
```

```
         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517728608        Please See Attach List
517587021*       IRS,   PO Box 931000,   Louisville, KY  40293-1000
517741104*       Southwest Credit Systems,    4120 International Pkwy, Ste 1100,   Carrollton, TX  75007-1958
517681196*      +Toyota Motor Credit Corporation,    PO Box 9013,   Addison, Texas 75001-9013
517587031*      ++VERITAS INSTRUMENT RENTAL INC,    PO Box 950,   PINELLAS PARK FL 33780-0950
                 (address filed with court: Veritas Instrument Rental,    12475 44th St N,
                 Clearwater, FL  33762-5116)
517587030       ##+Trident Asset Management,    5755 North Point Parkway,   Alpharetta, GA 30022-1136
                                                                                TOTALS: 1, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2020                              Signature:  /s/Joseph Speetjens

District/off: 0312-1          User: admin              Page 3 of 3            Date Rcvd: Jan 29, 2020
                             Form ID: 148              Total Noticed: 62

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 29, 2020 at the address(es) listed below:
        Andrew M. Lubin    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle Bank
        National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust
        2006-HE10, Asset-Backed Certificates Series 2006-HE10 bkecf@milsteadlaw.com,
        alubin@milsteadlaw.com
        Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
        dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
        summarymail@standingtrustee.com
        Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
        Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
        rsolarz@kmllawgroup.com
        Tamika Nicole Wyche    on behalf of Debtor Robert R. Watson daviddanielslaw@gmail.com,
        G30609@notify.cincompass.com
        Tamika Nicole Wyche    on behalf of Joint Debtor Desiree C. Watson daviddanielslaw@gmail.com,
        G30609@notify.cincompass.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                  TOTAL: 8